# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CAROL ANN CARTER, MONICA
PARRILLA, REBECCA POYOUROW,
WILLIAM TUNG, ROSEANNE MILAZZO,
BURT SIEGEL, SUSAN CASSANELLI, LEE
CASSANELLI, LYNN WACHMAN, MICHAEL
GUTTMAN, MAYA FONKEU, BRADY HILL,
MARY ELLEN BALCHUNIS, TOM DEWALL,
STEPHANIE MCNULTY AND JANET
TEMIN,

          Petitioners

       v.

LEIGH M. CHAPMAN, IN HER OFFICIAL
CAPACITY AS THE ACTING SECRETARY
OF THE COMMONWEALTH OF
PENNSYLVANIA; JESSICA MATHIS, IN
HER OFFICIAL CAPACITY AS DIRECTOR
FOR THE PENNSYLVANIA BUREAU OF
ELECTION SERVICES AND NOTARIES,

          Respondents

: No. 7 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## DISSENTING STATEMENT

**JUSTICE MUNDY**                              **FILED:  February 2, 2022**

Given the Commonwealth Court's February 1, 2022 clarifying order confirming the filing of its decision and opinion within the next 48 hours, and with time being of the essence, I would favor regularity in the appellate proceedings, which can be expedited, as opposed to exercising this Court's extraordinary jurisdiction at this juncture.

Justice Brobson joins this dissenting statement.